IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIMMY AUBERT                                                                    PLAINTIFF

v.                              No. 4:20-cv-1188-DPM

WALMART INC.;
GEORGE'S INC.;
CONWAY REGIONAL
HEALTH SYSTEM                                                                 DEFENDANTS

## JUDGMENT

Aubert's complaint is dismissed without prejudice for lack of subject matter jurisdiction.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 October 2020